```
       IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

JAMES DOUGLAS LEWIS, JR.,          :

    Plaintiff,                     :

vs.                                : CIVIL ACTION 15-0352-KD-M

HALLIE S. DIXON, *et al.*,         :

    Defendants.                    :

<u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, this action is dismissed, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted. The frivolous claims are dismissed with prejudice and the claims that failed to state a claim upon which relief can be granted are dismissed without prejudice.

DONE this the 22nd day of December 2015.

                                                  <u>s/ Kristi K. DuBose</u>
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE